SUE ELLEN WOOLDRIDGE
Assistant Attorney General
Environment & Natural Resources Division
KRISTEN L. GUSTAFSON, D.C. Bar. No. 460443
KEVIN W. MCARDLE, D.C. Bar No. 454569
S. JAY GOVINDAN, D.C. Bar No. 470504
Trial Attorneys, Wildlife and Marine Resources Section
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 7369, Washington, D.C. 20044-7369
Tele: (202) 305-0211/ Fax: (202) 305-0275
E-mail: Kristen.Gustafson@usdoj.gov

CHARLES R. SHOCKEY, D.C. Bar No. 914879
GUILLERMO A. MONTERO, MA Bar No. 660903
BARRY A. WEINER, NY Bar No. 2739894
Trial Attorneys, Natural Resources Section
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 663, Washington, D.C. 20530
Tele: (916) 930-2203/ Fax: (916) 930-2210
E-mail: Charles.Shockey@usdoj.gov

**Attorneys for Defendants**

ORIGINAL

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

NATURAL RESOURCES DEFENSE COUNCIL, INC.; INTERNATIONAL FUND FOR ANIMAL WELFARE; CETACEAN SOCIETY INTERNATIONAL; OCEAN FUTURES SOCIETY; JEAN-MICHEL COUSTEAU,

   Plaintiffs,

    v.

DONALD C. WINTER, Secretary of the Navy; UNITED STATES DEPARTMENT OF THE NAVY; CARLOS M. GUTIERREZ, Secretary of the Department of Commerce; NATIONAL MARINE FISHERIES SERVICE; WILLIAM HOGARTH, Assistant Administrator for Fisheries of the National Oceanographic and Atmospheric Administration; ADMIRAL CONRAD C. LAUTENBACHER, JR., Administrator of the National Oceanographic and Atmospheric Administration,

   Defendants.

No. CV06-4131-FMC (FMOx)

**SETTLEMENT AGREEMENT**

THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d)

Pursuant to the Court's July 3, 2006 Temporary Restraining Order, the plaintiffs, Natural Resources Defense Council, et al. ("NRDC"), and the defendants, the United States Department of the Navy ("Navy"), the National Marine Fisheries Service ("NMFS"), et al. ("the United States"), (collectively "the parties") met and conferred and have arrived at the following Settlement Agreement ("Agreement"), which is intended to settle all claims in the above-captioned litigation:

1. All negotiations leading up to this Agreement are confidential.

2. This Agreement is not to be construed as a concession by either party as to (a) the potential impacts on marine mammals or other animals of operating mid-frequency active sonar ("MFA sonar"), (b) the validity of any other fact or legal position concerning the claims or defenses in the above-captioned action, or (c) the extent of measures required to comply with the National Environmental Policy Act ("NEPA"), the Marine Mammal Protection Act ("MMPA") or other environmental laws.

3. This Agreement shall not be deemed a waiver by either party of the right to claim or oppose fees and other expenses as provided in 28 U.S.C. § 2412(d).

4. This Agreement shall remain in effect from July 7, 2006 until the conclusion of anti-submarine warfare ("ASW") exercises during the Rim of the Pacific 2006 ("RIMPAC 06") multi-national training exercise on July 28, 2006.

5. The measures required by this Agreement pertain to RIMPAC 06 only.

6. In addition to the requirements imposed on the use of MFA sonar during RIMPAC 06 under the Incidental Harassment Authorization ("IHA") issued by NMFS on June 27, 2006, which were incorporated into the National Defense Exemption invoked by the Deputy Secretary of Defense on June 30, 2006, the following measures and/ or certifications apply to the use of MFA sonar during RIMPAC 06:

A. <u>Monitoring</u>

(1) The Navy agrees to post two dedicated marine mammal lookouts for choke point exercises and the specific Pacific Missile Range Facility ("PMRF") exercises identified in IHA sec. 5(n) on all surface ships engaged in those exercises that operate MFA sonar during RIMPAC 06.

(2) The Navy agrees to post one dedicated marine mammal lookout on all surface ships operating MFA sonar for all other exercises during RIMPAC 06.

(3) The Navy confirms the presence of at least three non-dedicated watchstanders on all surface ships operating MFA sonar during RIMPAC 06.

(4) The Navy will notify all ASW-capable surface ships that non-dedicated watchstanders are required to look out for marine mammals during RIMPAC 06 and that all sightings of marine mammals are to be reported to the appropriate watch stations for dissemination and appropriate action.

(5) The Navy agrees to ensure that aircraft operating in PMRF airspace during RIMPAC 06 will monitor the area for marine mammals during their assigned missions. The Navy agrees that these aircraft will monitor the area throughout any PMRF MFA sonar exercises and that all sightings of marine mammals will be reported to the appropriate watch stations for dissemination and appropriate action.

(6) All personnel engaged in passive acoustic sonar operation during RIMPAC 06 will monitor for marine mammals and report the detection of any marine mammal to the appropriate watch station for dissemination and appropriate action. All aircraft flying low

enough to reasonably spot a marine mammal during RIMPAC 06 will watch for marine mammals and report the detection of any marine mammal to ships in the vicinity of the sighting for dissemination to local forces and appropriate action. Appropriate action means taking mitigation measures required under the IHA and disseminating the information to other units and watchstanders for increased situational awareness.

B. <u>Northwestern Hawaiian Islands Marine National Monument</u>

(1) The Navy certifies that no mid-frequency active sonar events are planned or will be planned for RIMPAC 06 that will take place within the boundaries of the Northwestern Hawaiian Islands Marine National Monument.

(2) The Navy certifies that no mid-frequency active sonar events are planned or will be planned for RIMPAC 06 that will take place within 25 nautical miles of the Northwestern Hawaiian Islands Marine National Monument.

C. <u>Sonar Use Outside Designated RIMPAC ASW Exercises</u>

The Navy agrees that during RIMPAC 06 mid-frequency active sonar will not be used other than in RIMPAC anti-submarine warfare exercises, except as required for maintenance and equipment checks.

D. <u>Stranding Hotline</u>

The Navy agrees that on or before July 12, 2006, it will publish the number for the NMFS stranding hotline in the local Hawaii press during RIMPAC 06 to ensure public awareness of its existence and availability.

7. NRDC agrees to dismiss the above-captioned lawsuit in full, with prejudice, and without any further briefing on the merits, except that it reserves the right to seek attorneys' fees and expenses as provided in 28 U.S.C. §2412(d).

8. The United States agrees to dismiss its appeal, No. 06-55928, to the Ninth

Circuit Court of Appeals from the District Court's July 3, 2006 Temporary Restraining Order.

Agreed to and submitted this 7th day of July, 2006

SUE ELLEN WOOLDRIDGE
Assistant Attorney General
Environment & Natural Resources Division

*Kristen L. Gustafson*

KRISTEN L. GUSTAFSON (D.C. Bar. No. 460443)
KEVIN W. MCARDLE (D.C. Bar No. 454569)
S. JAY GOVINDAN (D.C. Bar No. 470504)
Wildlife and Marine Resources Section
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 7369, Washington, D.C. 20044-7369
Telephone: (202) 305-0211
Facsimile: (202) 305-0275

CHARLES R. SHOCKEY, D.C. (Bar No. 914879)
GUILLERMO A. MONTERO (MA Bar No. 660903)
BARRY A. WEINER (NY Bar No. 2739894)
Natural Resources Section
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 663, Washington, D.C. 20530
Telephone: (916) 930-2203
Facsimile: (916) 930-2210

**Attorneys for Defendants**

RICHARD B. KENDALL (State Bar No. 90072)
ALAN J. HEINRICH (State Bar No. 212782)
GREGORY A. FAYER (State Bar No. 232303)
NICHOLAS MORGAN (State Bar No. 241474)
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276

Circuit Court of Appeals from the District Court's July 3, 2006 Temporary Restraining Order.

Agreed to and submitted this 7th day of July, 2006

SUE ELLEN WOOLDRIDGE
Assistant Attorney General
Environment & Natural Resources Division

KRISTEN L. GUSTAFSON (D.C. Bar. No. 460443)
KEVIN W. MCARDLE (D.C. Bar No. 454569)
S. JAY GOVINDAN (D.C. Bar No. 470504)
Wildlife and Marine Resources Section
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 7369, Washington, D.C. 20044-7369
Telephone: (202) 305-0211
Facsimile: (202) 305-0275

CHARLES R. SHOCKEY, D.C. (Bar No. 914879)
GUILLERMO A. MONTERO (MA Bar No. 660903)
BARRY A. WEINER (NY Bar No. 2739894)
Natural Resources Section
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 663, Washington, D.C. 20530
Telephone: (916) 930-2203
Facsimile: (916) 930-2210

**Attorneys for Defendants**

RICHARD B. KENDALL (State Bar No. 90072)
ALAN J. HEINRICH (State Bar No. 212782)
GREGORY A. FAYER (State Bar No. 232303)
NICHOLAS MORGAN (State Bar No. 241474)
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276

Telephone: (310) 277-1010
Facsimile: (310) 203-7199

**Attorneys for Plaintiff**
**Natural Resources Defense Council, Inc.**


JOEL R. REYNOLDS (State Bar No. 85276)
ANDREW E. WETZLER (State Bar No. 202299)
CARA A. HOROWITZ (State Bar No. 220701)
NATURAL RESOURCES DEFENSE COUNCIL, INC.
1314 Second Street
Santa Monica, California 90401
Telephone: (310) 434-2300
Facsimile: (310) 434-2399

**Attorneys for Plaintiffs**
**Natural Resources Defense Council, Inc.;**
**International Fund for Animal Welfare;**
**Cetacean Society International;**
**League for Coastal Protection;**
**Ocean Futures Society; and Jean-Michel Cousteau**

## CERTIFICATE OF SERVICE ELECTRONICALLY AND BY MAIL

I am over the age of 18 and not a party to the within action. I am employed by the Office of United States Attorney, Central District of California. My business address is 300 North Los Angeles Street, Suite 7516, Los Angeles, California 90012.

On July 7, 2006, I served the **Settlement Agreement** on each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices.

I also served a copy of said document on the same day via facsimile. Date of mailing July 7, 2006. Place of mailing: Los Angeles, California.

**Person(s) and/ or Entity(ies) to Whom mailed:**

Richard B. Kendall
Alan J. Heinrich
Gregory A. Fayer
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los, Angeles, CA 90067-4276
Tele: (310) 277-1010/ Fax: (310) 203-7199

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: July 7, 2006 at Los Angeles, California

_____
Janice Johnson